September 23, 1976.

M. P. No. 75-5. BRIER MANUFACTURING COMPANY *v.* JOHN H. NORBERG, *Tax Administrator.* Motion of Tax Administrator that his petition for certiorari be summarily granted is denied. *Isidore Paisner,* for plaintiff-respondent. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant-petitioner.

M. P. No. 76-97. WALTER OUIMETTE *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus denied as being moot. Bevilacqua, C.J. did not participate. *Harris Berson,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 76-108. JOHN E. PEARSON *et al. v.* OLD STONE SAVINGS BANK *et al.* Motion of the Old Stone Savings Bank to dismiss the appeal of the plaintiffs is denied. The motion to extend the time for filing record is denied as being moot. Motion of the plaintiffs to extend the time for filing their briefs until 40 days after the filing of this order granted. *Letts, Quinn & Licht, Frank Licht, Richard A. Licht,* for plaintiffs. *Tillinghast, Collins & Graham, Peter J. McGinn, Robert W. Edwards,* for defendants.